IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: <br> VIOLA FLOREZ RIGGS, <br>     Debtor <br><br> US BANK NATIONAL ASSOCIATION, <br>     Movant, <br> vs. <br><br> VIOLA FLOREZ RIGGS, Debtor and <br> WALTER 12,13 OCHESKEY, Trustee, <br>     Respondents | § § § § § § § § § § § § | CASE NO. 12-10350-RLJ-13 <br><br> CHAPTER 13 <br><br><br><br> HEARING DATE: JULY 2, 2014 <br> HEARING TIME: 11:00 A.M. |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the *Motion for Relief from Automatic Stay of Act and CoDebtor Stay of Act Against Property* filed by US Bank National Association, has been set for hearing on the docket of The Honorable Robert L. Jones, United States Bankruptcy Judge, in the United States Courthouse, Room 2201, 3rd and Pine, Abilene, TX 79601on July 2, 2014, 2014, at 11:00 a.m. (Video Docket)

Respectfully Submitted,

By: _____
Anh P. Nguyen, SBOT 24079053
**ATTORNEY FOR MOVANT**
550 Westcott, Suite 560
Houston, Texas 77007
Telephone: (713) 293-3610
Facsimile: (858) 412-2792

*Mailing Address*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing *Notice of Hearing* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on May 23, 2014.

By: _____
   Anh P. Nguyen

**DEBTOR'S ATTORNEY**
**(via electronic notice)**

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601
legal@montejwhite.com

**DEBTOR**

Viola Florez Riggs
4082 Avondale St.
Abilene, TX 79605

**TRUSTEE**
**(via electronic notice)**

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424
cmecf@ch13-12westtex.org

**U. S. TRUSTEE**
**(via electronic notice)**

U.S. Trustee
1100 Commerce Street - Room 976
Dallas, TX 75242 – 1496
ustpregion06.da.ecf@usdoj.gov

**CODEBTOR**

Samuel Riggs
4082 Avondale St.
Abilene, TX 79605

**PARTIES REQUESTING NOTICE AND/OR EFFECTED PARTIES**
**(via electronic notice if so designated for receipt of such in CM/ECF)**

Recovery Management Systems Corporation
25 SE 2nd Ave. Ste. 1120
Miami, FL 33131-1605

Lee Gordon **(via electronic notice)**
McCreary, Veselka, Bragg and Allen, P.C.
P.O. Box 1269
Round Rock, TX 78665
lgordon@mvbalaw.com

Chelsea Maria Schneider **(via electronic notice)**
Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
cschneider@mwzmlaw.com

Lindsay Sherp **(via electronic notice)**
Barrett Daffin Frappier Turner & Engel
1500 Surveyor Blvd.
Addison, TX 75001
ndecf@BDFGROUP.com

Steve Turner **(via electronic notice)**
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, TX 78701
ndecf@BDFGROUP.com